### THOMAS *v.* THE STATE.

HILL, J.  1. Under the evidence and the defendant's statement voluntary manslaughter was not involved.

2. The evidence authorized the verdict.

*Judgment affirmed.    All the Justices concur.*
DECEMBER 15, 1915.

Indictment for murder.  Before Judge Cox.  Mitchell superior court.  August 7, 1915.

*Johnson & Warren* and *J. J. Hill,* for plaintiff in error.

*Clifford Walker, attorney-general, R. C. Bell, solicitor-general, F. A. Hooper, Haggard & Collins, B. C. Gardner,* and *Mark Bolding,* contra.